CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 0 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TAWANA MARIA WILLIAMS, ) | |
| ) | Civil Action No. 7:12cv00287 |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL ASTRUE, ) | By:  Samuel G. Wilson |
| **Commissioner of Social Security,** ) | **United States District Judge** |
| ) | |
| **Defendant.** ) | |

This Social Security appeal by plaintiff was referred to the Magistrate Judge pursuant to

28 U.S.C. § 636(b)(1)(B) for review and for the preparation of a report setting forth his proposed

findings and recommendations concerning its proper disposition.  The Magistrate Judge has filed

a report and has recommended **DENYING** plaintiff's motion for summary judgment and

**GRANTING** the Commissioner's motion for summary judgment.  The plaintiff has objected to

the report.  The case is now before the court.

The court has reviewed the Magistrate Judge's report, the objections to that report, and

pertinent portions of the administrative record, and concludes that the Magistrate Judge's report

is substantially correct and therefore adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Commissioner's decision is

**AFFIRMED**, plaintiff's motion for summary judgment is **DENIED,** and this case is

**STRICKEN** from the docket of the court.

**ENTER**: August 20th, 2013.

UNITED STATES DISTRICT JUDGE